[Crim. No. 289.   Fourth Appellate District.—August 19, 1935.]

THE PEOPLE, Respondent, v. GEORGE WILLIAMS, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, and John T. Holt, Deputy District Attorney for San Diego County, for Respondent.

MARKS, Acting P. J.— This is a motion to affirm the judgment under the provisions of section 1253 of the Penal Code. The clerk's and the reporter's transcripts were filed in the office of the clerk of this court on July 18, 1935, and the case placed on the calendar called on August 15, 1935. At that time no appearance was made on behalf of defendant and no brief has been filed by him.

The motion is granted and the judgment is affirmed.

Jennings, J., concurred.